United States Courts
Southern District of Texas
**FILED**

SEP 04 2018

UNITED STATES DISTRICT COURT   David J. Bradley, Clerk of Court   SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-02762 |
|---|---|---|---|
| Gena Norris and Carlos Ray "Chuck" Norris ||||
| *versus* ||||
| McKesson Corporation, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | C. Brooks Cutter<br>Cutter Law P.C.<br>Sacramento, CA 95864<br>888-285-3333; bcutter@cutterlaw.com<br>California Bar Number 121407<br>U.S. District Court, Central District of California 121407 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 8/30/2018 | Signed: | /s/ C. Brooks Cutter |
|---|---|---|

| The state bar reports that the applicant's status is: in good standing (see attachment) |||
|---|---|---|
| Dated: 9/5/18 | Clerk's signature | [signature] |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____   _____
United States District Judge

# United States District Court

Central District of California

United States Courts
Southern District of Texas
FILED

SEP 04 2018

David J. Bradley, Clerk of Court

**CERTIFICATE OF GOOD STANDING**

I, KIRY K. GRAY, Clerk of this Court, certify that

_Curtis Brooks Cutter_, Bar No. _121407_

was duly admitted to practice in this Court on _August 10th, 2000_
DATE

and _is active and in good standing_ as a member of the Bar of this Court.

Dated at Los Angeles, California

on _August 29th, 2018_
Date

KIRY K. GRAY
Clerk of Court

By _/s/ A. Kannike_

Andrea Kannike, Deputy Clerk



G-52 (10/15)    CERTIFICATE OF GOOD STANDING