United States Courts
Southern District of Texas
**FILED**

SEP 04 2018

David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
**ENTERED**
September 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-02762 |
|---|---|---|---|
| | Gena Norris and Carlos Ray "Chuck" Norris | | |
| | *versus* | | |
| | McKesson Corporation, et al. | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | C. Brooks Cutter<br>Cutter Law P.C.<br>Sacramento, CA 95864<br>888-285-3333; bcutter@cutterlaw.com<br>California Bar Number 121407<br>U.S. District Court, Central District of California 121407 |

| Name of party applicant seeks to appear for: | Plaintiffs |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 8/30/2018 | Signed: | /s/ C. Brooks Cutter |
|---|---|---|

| The state bar reports that the applicant's status is: in good standing (see attachment) | | |
|---|---|---|
| Dated: 9/5/18 | Clerk's signature | *[signature]* |

**Order**

Dated: Sept 5, 2018

This lawyer is admitted *pro hac vice.*

*/s/ Nancy F. Atlas*
United States District Judge