UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-02762 |
|---|---|---|---|

| Gena Norris and Carlos Ray "Chuck" Norris |
|---|
| *versus* |
| McKesson Corporation, et al. |

United States Courts
Southern District of Texas
FILED
NOV 26 2018
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Todd A. Walburg<br>Cutter Law P.C.<br>Sacramento, CA 95864<br>888-285-3333; twalburg@cutterlaw.com<br>California Bar Number 121407 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/19/2018 | Signed: | /s/ Todd A. Walburg |
|---|---|---|

| The state bar reports that the applicant's status is: in good standing (see attachment) Active |
|---|
| Dated: 11/27/18    Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____       _____
                                                                                  United States District Judge

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617    TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

July 12, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TODD ALAN WALBURG, #213063 was admitted to the practice of law in this state by the Supreme Court of California on June 4, 2001; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records