United States District Court
Southern District of Texas
**ENTERED**
November 28, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-02762 |
|---|---|---|---|

Gena Norris and Carlos Ray "Chuck" Norris

*versus*

McKesson Corporation, et al.

United States Courts
Southern District of Texas
FILED
NOV 26 2018
David J. Bradley, Clerk of Court

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Todd A. Walburg<br>Cutter Law P.C.<br>Sacramento, CA 95864<br>888-285-3333; twalburg@cutterlaw.com<br>California Bar Number 121407 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/19/2018 | Signed: | /s/ Todd A. Walburg |
|---|---|---|

The state bar reports that the applicant's status is: in good standing (see attachment) Active

| Dated: 11/27/18 | Clerk's signature |
|---|---|

### Order

Dated: Nov. 27, 2018

This lawyer is admitted *pro hac vice*.

United States District Judge